

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST | § | No. 08-16-00147-CV |
| OF A.L.P. AND G.J.P., | § | Appeal from the |
| CHILDREN. | § | 78th District Court |
|  | § | of Wichita County, Texas |
|  | § | (TC# 184,275-B) |
|  | § |  |

## **MEMORANDUM OPINION**

Appellant has filed a *pro se* notice of nonsuit stating that he no longer wishes to pursue the appeal. We have construed the notice as a voluntary motion to dismiss the appeal pursuant to Rule 42.1. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

August 31, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.